Maryfrances CASSELL, Respondent,

v.

**LANCASTER MENNONITE CONFERENCE,**
Petitioner.

Supreme Court of Pennsylvania.

June 14, 2004.

***ORDER***

PER CURIAM.

**AND NOW,** this 14th day of June, 2004, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether the Superior Court departed from the established *Frye* standard by concluding the psychologist's methodology was generally accepted in the field.